ABRAMS v SINON

AUTOMOBILES—FEDERAL DRIVERS ACT—CIVIL LIABILITY ACT—OWNER'S
LIABILITY.

The immunity of the driver of an automobile under the Federal
drivers act does not bar an action under the Michigan civil
liability act against the owner of the automobile for injury
occasioned by the negligent operation of the automobile (28
USCA 2679[b]; MCLA 257.401).

Appeal from Court of Appeals, Division 1, R. B.
Burns, P. J., and Holbrook and Danhof, JJ., affirm-
ing in part and reversing in part Wayne, Charles
S. Farmer, J. Submitted November 7, 1973. (No. 6
November Term 1973, Docket No. 54,548.) Decided
November 21, 1973.

44 Mich App 166 affirmed.

Complaint by Max Abrams and Pearl Abrams
against Elayne M. Sinon and Dawn M. Sinon for
damages for injuries sustained in an automobile
collision. Wayne County Circuit Court affirmed an
accelerated judgment for defendants granted by
the Common Pleas Court of Detroit. Plaintiffs
appealed to the Court of Appeals. Affirmed in part,
reversed in part. Defendant Elayne M. Sinon ap-
peals. Affirmed.

*Friedman & Cohen,* for plaintiffs.

*Rouse, Selby, Dickinson, Pike & Mourad* (by
*Michael B. Haber),* for defendant Elayne M. Sinon.

REFERENCE FOR POINTS IN HEADNOTE
8 Am Jur 2d, Automobiles and Highway Traffic § 560.

PER CURIAM. This case involves the interpretation and application of the Michigan civil liability act MCLA 257.401; MSA 9.2101.

We are satisfied that the opinion of Judge R. B. BURNS for the Court of Appeals, 44 Mich App 166; 205 NW2d 295 (1972), correctly and adequately treats of the law and governing principle. We hold that the immunity of the driver of the automobile under the Federal drivers act (75 Stat 539 [1961], 28 USCA 2679[b]) does not bar an action under the Michigan civil liability act against the owner of the automobile for injury occasioned by the negligent operation of the automobile.

Affirmed. Costs to appellees.

T. M. KAVANAGH, C. J., and T. E. BRENNAN, T. G. KAVANAGH, SWAINSON, WILLIAMS, LEVIN, and M. S. COLEMAN, JJ., concurred.